UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA IN THE SOUTHERN DIVISION

| | |
|---|---|
| LINDA TUCKER,<br>an individual,<br><br>    PLAINTIFF,<br>v.<br><br><br>ROCKNE LLC.,<br>a limited liability company,<br><br>    DEFENDANT. | )<br>)<br>)<br>)<br>)<br>) Case 2:23-cv-01300-JHE<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

Comes now Plaintiff LINDA TUCKER ("TUCKER" or "Plaintiff") by and through Counsel, hereby gives Notice of her Voluntary Dismissal of this matter, pursuant to Federal Rule of Civil Procedure 41 (a) (1) (A) (i).

Respectfully submitted,

/s/ Lawrence B. Hammet II
Lawrence B. Hammet, II Esq.
Truxton Trust Building
4525 Harding Pike, Ste. 200
Nashville, TN 37205
Counsel for Plaintiff
Alabama State Bar No.: 7599M60L

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of November, 2023, the foregoing document is being served this day on all counsel of record identified on the Service List set forth below via transmission of electronic mail.

*/s/ Lawrence B. Hammet II*
Lawrence B. Hammet, II

## SERVICE LIST

ROCKNE LLC
C/O ROCKEY E NEASON
201 MORROW AVE
TRUSSVILLE AL 3517